**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6256

MARVIN WENDELL VAUGHAN,

Plaintiff - Appellant,

versus

GENE JOHNSON, Director of Virginia Department
of Corrections; HELEN F. FAHEY, Virginia
Parole Board Chairwoman,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District
Judge.  (CA-02-929-2)

Submitted:  August 29, 2003          Decided:  October 10, 2003

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Laura H. Calaluca, DICKSTEIN, SHAPIRO, MORIN & OSHINSKY, L.L.P.,
Washington, D.C., for Appellant. Jerry W. Kilgore, Attorney
General, Richard C. Vorhis, Assistant Attorney General, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marvin Wendell Vaughan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000), complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Vaughn v. Johnson, No. CA-02-929-2 (E.D. Va. filed Jan. 8, 2003 & entered Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2